IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

EDWARD CLUTTER,                )
                               )
            Plaintiff,         )
                               )
       vs.                     )   Civil Action No. 13-932
                               )
CAROLYN W. COLVIN, ACTING      )
COMMISSIONER OF SOCIAL SECURITY, )
                               )
            Defendant.         )

O R D E R

The above action seeks review of a decision by the Commissioner of Social Security denying plaintiff social security disability benefits. The Court's jurisdiction is limited to reviewing the administrative record to determine whether the decision is supported by substantial evidence in the record. Notwithstanding any other rule governing the procedure in civil cases, IT IS HEREBY ORDERED that:

1. Plaintiff shall serve and file a motion for summary judgment and brief supporting plaintiff's petition for review by October 7, 2013.

2. Defendant shall serve and file a cross-motion for summary judgment and brief by November 6, 2013.

3. Plaintiff may serve and file a reply by November 20, 2013.

4. The matter shall be deemed submitted, without hearing, on November 20, 2013, unless otherwise ordered by the Court.

5. No extensions of time will be permitted without order of the Court.

                                              s/Alan N. Bloch
                                              United States District Judge

Dated:     September 5, 2013

ecf:       Counsel of record