IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWARD CLUTTER, | ) |
| Plaintiff, | ) |
| vs. | ) Civil Action No. 13-932 |
| CAROLYN V. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY, | ) |
| Defendant. | ) |

O R D E R

AND NOW, this 26th day of August, 2014, the Court having denied plaintiff's Motion for Summary Judgment and granted defendant's Motion for Summary Judgment,

IT IS FURTHER ORDERED that final judgment of this Court is entered pursuant to Rule 58 of the Federal Rules of Civil Procedure.

s/Alan N. Bloch
United States District Judge

ecf:        Counsel of record